## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-611-GW(JCGx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | *Alejandro Alers, Sr. v. Bank of America, NA* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alejandro Alers, Sr. | Erin Saeko Kubota |

**PROCEEDINGS:    DEFENDANT'S MOTION TO DISMISS [12]**

Counsel for plaintiff makes an appearance with the clerk.  Case is called and Mr. Alers is not present.

The Tentative circulated and attached hereto, is adopted as the Court's Final Ruling.  Defendant's Motion is GRANTED.  Counsel for Defendant will file a proposed order forthwith.

| | : | 08 |
|---|---|---|
| Initials of Preparer | JG | |