JS-6

1  ERIN S. KUBOTA (State Bar No. 228371)
   esk@severson.com
2  AN LE (State Bar No. 260817)
   al@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  19100 Von Karman Avenue, Suite 700
   Irvine, California 92612
5  Telephone: (949) 442-7110
   Facsimile: (949) 442-7118
6
   MARK I. WRAIGHT (State Bar No. 228303)
7  miw@severson.com
   SEVERSON & WERSON
8  A Professional Corporation
   One Embarcadero Center, Suite 2600
9  San Francisco, California 94111
   Telephone: (415) 398-3344
10 Facsimile: (415) 956-0439

11 Attorneys for Defendant
   BANK OF AMERICA, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| ALEJANDRO ALERS, SR., | Case No. CV 14-611-GW(JCGx) |
| --- | --- |
| Plaintiff, | Hon. George H. Wu<br>Ctrm. 10 – Spring Street |
| vs. | **JUDGMENT OF DISMISSAL** |
| BANK OF AMERICA , N.A., | Action Filed:  January 27, 2014<br>Trial Date:    None Set |
| Defendant. | |

/ / /

70001.0234/3293036.1                    1

[PROPOSED] JUDGMENT OF DISMISSAL

On April 24, 2014, the Court granted defendant Bank of America, N.A.'s ("Bank of America") Motion to Dismiss. See Dkt. 24.

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that Bank of America shall have a judgment of dismissal entered in its favor and against Plaintiff. Plaintiff's entire action is dismissed with prejudice as to Bank of America. Plaintiff shall take nothing against Bank of America.

DATED:  June 5, 2014

*George H. Wu*
_____
GEORGE H. WU, U.S. District Judge